AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MARTIN, BEVERLY B. | Eleventh Circuit | 6/19/2009 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Circuit Judge - Nominee | ☑ Nomination, Date 6/19/2009 <br> ☐ Initial ☐ Annual ☐ Final <br> 5b. ☐ Amended Report | 1/01/2008 to 6/19/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 2388 U.S. Courthouse <br> 75 Spring Street SW <br> Atlanta, GA 30303 - 3309 | Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Directors | Georgia Women of Achievement |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 JUN 22 A 9:51 FINANCIAL DISCLOSURE OFFICE

**Martin_Beverly_B**

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 6/19/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 - 09 | Self-employed (attorney in partnership) |
| 2. | 2008 - 09 | Director fee for Lone Star Corporation |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 6/19/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 6/19/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America checking account | A | Interest | K | T | Exempt | | | | |
| 2. Bank of America money market account | A | Interest | K | T | Exempt | | | | |
| 3. Bank of America money market account | A | Interest | J | T | Exempt | | | | |
| 4. Appalachia Community Bank CD ( ▌ retirement) | B | Interest | | | Exempt | | | | |
| 5. Appalachia Community Bank CD ▌ retirement) | B | Interest | | | Exempt | | | | |
| 6. Bangor Savings CD ( ▌ | A | Interest | | | Exempt | | | | |
| 7. Bangor Savings CD ▌ ) | A | Int./Div. | | | Exempt | | | | |
| 8. Bank of America Certificate of Deposit | A | Interest | | | Exempt | | | | |
| 9. Bank of America Certificate of Deposit ▌ | | None | L | T | Exempt | | | | |
| 10. BankUnited CD | | None | | | Exempt | | | | |
| 11. Bank United CD | B | Interest | | | Exempt | | | | |
| 12. Buckhead Community Bank CD ( ▌ retirement) | B | Interest | | | Exempt | | | | |
| 13. Buckhead Community Bank CD ( ▌ ) | B | Interest | | | Exempt | | | | |
| 14. Buckhead Community Bank CD ( ▌ retirement) | | None | L | T | Exempt | | | | |
| 15. Buckhead Community Bank CD ▌ retirement) | | None | M | T | Exempt | | | | |
| 16. Capital One Bank Certificate of Deposit ▌ | B | Interest | | | Exempt | | | | |
| 17. Cathay Bank CD | | None | | | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 6/19/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Cathay Bank CD | B | Interest | | | Exempt | | | | |
| 19. Countrywide CD (██ retirement) | A | Interest | | | Exempt | | | | |
| 20. Countrywide CD██ retirement) | A | Interest | | | Exempt | | | | |
| 21. Custodial Trust Company (NJ) Certificate of Deposit (██ | B | Interest | | | Exempt | | | | |
| 22. Discover Bank Certificate of Deposit ██ IRA) | A | Interest | | | Exempt | | | | |
| 23. Embassy CD(██ retirement) | | None | M | T | Exempt | | | | |
| 24. Firstbank CD | A | Interest | L | T | Exempt | | | | |
| 25. GE Money Bank CD | | None | L | T | Exempt | | | | |
| 26. GE Bank CD ██ | | None | L | T | Exempt | | | | |
| 27. Goldman Sachs Bank CD ██ | | None | L | T | Exempt | | | | |
| 28. Green Bank CD (██ | A | Interest | | | Exempt | | | | |
| 29. Green Bank CD ██ | A | Interest | | | Exempt | | | | |
| 30. ING Account | A | Interest | J | T | Exempt | | | | |
| 31. ING Account | A | Interest | J | T | Exempt | | | | |
| 32. ING Certificate of Deposit | B | Interest | L | T | Exempt | | | | |
| 33. M&I Bank CD (██ retirement) | A | Interest | | | Exempt | | | | |
| 34. M&I Bank CD (██ retirement) | A | Interest | | | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. MidFirst Bank (Oklahoma) Certificate of Deposit (▉) | B | Interest | | | Exempt | | | | |
| 36. Morgan Stanley Bank CD | | None | L | T | Exempt | | | | |
| 37. NANB checking account (▉) | C | Interest | M | T | Exempt | | | | |
| 38. Pacific Capital CD (IRA) | | None | L | T | Exempt | | | | |
| 39. RBC Centura Bank (▉) | B | Interest | K | T | Exempt | | | | |
| 40. RBC CD (▉ retirement) | B | Int./Div. | | | Exempt | | | | |
| 41. RBC CD (▉ retirement) | B | Interest | | | Exempt | | | | |
| 42. RBC CD (▉ retirement) | | None | | | Exempt | | | | |
| 43. State Bank CD (▉) | A | Interest | | | Exempt | | | | |
| 44. State Bank CD (▉) | A | Interest | | | Exempt | | | | |
| 45. Sterling Bank CD (▉) | A | Interest | | | Exempt | | | | |
| 46. Sterling Bank CD (▉) | A | Interest | | | Exempt | | | | |
| 47. Wachovia checking account (▉) | D | Interest | M | T | Exempt | | | | |
| 48. Wachovia Certificate of Deposit | C | Interest | | | Exempt | | | | |
| 49. Wachovia Certificate of Deposit | | None | L | T | Exempt | | | | |
| 50. Wachovia Certificate of Deposit (▉) | B | Interest | | | Exempt | | | | |
| 51. Wachovia Certificate of Deposit (▉) | | None | | | Exempt | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 6/19/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Wachovia Certificate of Deposit ▓ | | None | | | Exempt | | | | |
| 53. Alliance Fund | | None | J | T | Exempt | | | | |
| 54. Alliance Fund | | None | J | T | Exempt | | | | |
| 55. CDI Corp ▓ | | None | | | Exempt | | | | |
| 56. CDI Corp ▓ | | None | | | Exempt | | | | |
| 57. Coca-Cola Company | A | Dividend | | | Exempt | | | | |
| 58. Dodge & Cox Income Fund | C | Dividend | K | T | Exempt | | | | |
| 59. Dodge & Cox Stock Fund ▓ retirement account) | A | Dividend | | | Exempt | | | | |
| 60. Dodge & Cox Balanced Fund ▓ retirement account) | A | Dividend | | | Exempt | | | | |
| 61. Dodge & Cox International Fund | C | Dividend | | | Exempt | | | | |
| 62. Dreyfus S&P 500 Fund | | None | | | Exempt | | | | |
| 63. Evergreen Enhanced S&P (formerly Atlas Growth Fund) | A | Dividend | | | Exempt | | | | |
| 64. J. M. & Star, Macon, Bibb County, Georgia | C | Rent | K | W | Exempt | | | | |
| 65. Jensen Portfolio CL (IRA) | C | Dividend | L | T | Exempt | | | | |
| 66. Lone Star Corp. | E | Dividend | M | W | Exempt | | | | |
| 67. MCF Corp ▓ | | None | | | Exempt | | | | |
| 68. M&I Stable Principal Fund ▓ | E | Dividend | O | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 6/19/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Metropolitan Capital Bancorp ▬ IRA) | | None | L | W | Exempt | | | | |
| 70. North Atlanta National Bank ▬ debenture) | A | Interest | | | Exempt | | | | |
| 71. Fidelity Management Inv. Acct. ▬ IRA) | A | Dividend | K | T | Exempt | | | · | |
| 72. Pontotoc Bancshares ▬ | B | Dividend | K | T | Exempt | | | | |
| 73. Schwab money market fund #1 | B | Dividend | M | T | Exempt | | | | |
| 74. Schwab value advantage | B | Dividend | M | T | Exempt | | | | |
| 75. Schwab Money Market (IRA) | B | Dividend | L | T | Exempt | | | | |
| 76. Schwab S&P 500 Select | B | Dividend | | | Exempt | | | | |
| 77. U.S. Treasury Bonds | A | Interest | | | Exempt | | | | |
| 78. Large Cap Index Fund (Georgia Def. Comp. Acct.) | A | Dividend | | | Exempt | | | | |
| 79. Wells-Fargo C&B Mid-Cap | A | Dividend | | | Exempt | | | | |
| 80. 2009 TRANSACTIONS FOLLOW | | | | | Exempt | | | | |
| 81. Assoc. Credit Union money market | A | Int./Div. | M | T | Exempt | | | | |
| 82. Wachovia Certificate of Deposit | B | Int./Div. | | | Exempt | | | | |
| 83. BGU Fund ▬ IRA) | | None | | | Exempt | | | | |
| 84. BGU Fund ▬ IRA) | | None | | | Exempt | | | | |
| 85. BGU Fund ▬ IRA) | | None | | | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. BGU Fund (████ IRA) | | None | | | Exempt | | | | |
| 87. BGU Fund (████ IRA) | | None | | | Exempt | | | | |
| 88. BGU Fund (████ IRA) | | None | | | Exempt | | | | |
| 89. BGZ Fund (████ IRA) | | None | | | Exempt | | | | |
| 90. BGZ Fund (████ IRA) | | None | | | Exempt | | | | |
| 91. BGZ Fund (████ IRA) | | None | | | Exempt | | | | |
| 92. BGZ Fund (████ IRA) | | None | | | Exempt | | | | |
| 93. BGZ Fund (████ IRA) | | None | | | Exempt | | | | |
| 94. BGZ Fund (████ IRA) | | None | | | Exempt | | | | |
| 95. BGZ Fund (████ IRA) | | None | | | Exempt | | | | |
| 96. BGZ Fund (████ IRA) | | None | | | Exempt | | | | |
| 97. BGZ Fund (████ IRA) | | None | | | Exempt | | | | |
| 98. BGZ Fund (████ IRA) | | None | | | Exempt | | | | |
| 99. DIA Fund (████ IRA) | | None | | | Exempt | | | | |
| 100. DIA Fund (████ IRA) | | None | | | Exempt | | | | |
| 101. DIA Fund (████ IRA) | | None | | | Exempt | | | | |
| 102. DIA Fund (████ IRA) | | None | | | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 6/19/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  DIA Fund (████IRA) | | None | | | Exempt | | | | |
| 104.  DIA Fund (████IRA) | | None | | | Exempt | | | | |
| 105.  DXD Fund (████IRA) | | None | | | Exempt | | | | |
| 106.  DXD Fund ████ IRA) | | None | | | Exempt | | | | |
| 107.  DXD Fund (████IRA) | | None | | | Exempt | | | | |
| 108.  DXD Fund ████ IRA | | None | | | Exempt | | | | |
| 109.  DZZ Fund ████ (IRA) | | None | | | Exempt | | | | |
| 110.  DZZ Fund ████ IRA) | | None | | | Exempt | | | | |
| 111.  FAZ Fund (████ IRA) | | None | | | Exempt | | | | |
| 112.  FAZ Fund ████ IRA) | | None | | | Exempt | | | | |
| 113.  FAZ Fund (████ IRA) | | None | | | Exempt | | | | |
| 114.  FAZ Fund ████ IRA) | | None | | | Exempt | | | | |
| 115.  FAZ Fund ████ IRA) | | None | | | Exempt | | | | |
| 116.  FAZ Fund (████ IRA) | | None | | | Exempt | | | | |
| 117.  FAZ Fund ████ IRA) | | None | | | Exempt | | | | |
| 118.  FAZ Fund (████ IRA) | | None | | | Exempt | | | | |
| 119.  FAZ Fund ████ IRA) | | None | | | Exempt | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 6/19/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. FAZ Fund (     IRA) | | None | | | Exempt | | | | |
| 121. FAZ Fund (     IRA) | | None | | | Exempt | | | | |
| 122. FAZ Fund (     IRA) | | None | | | Exempt | | | | |
| 123. KBE Fund (     IRA) | | None | | | Exempt | | | | |
| 124. KBE Fund (     IRA) | | None | | | Exempt | | | | |
| 125. KBE Fund (     IRA) | | None | | | Exempt | | | | |
| 126. KBE Fund (     IRA) | | None | | | Exempt | | | | |
| 127. SKF Fund (     IRA) | | None | | | Exempt | | | | |
| 128. SKF Fund (     IRA) | | None | | | Exempt | | | | |
| 129. SMN Fund (     IRA) | | None | | | Exempt | | | | |
| 130. SMN Fund (     IRA) | | None | | | Exempt | | | | |
| 131. SMN Fund (     IRA) | | None | | | Exempt | | | | |
| 132. SMN Fund (     IRA) | | None | | | Exempt | | | | |
| 133. GE Bank Certificate of Deposit (     ) | A | Interest | | | Exempt | | | | |
| 134. Buckhead Community Bank Certificate of Deposit (     ret.) | C | Interest | | | Exempt | | | | |
| 135. Wachovia Certificate of Deposit (     | A | Interest | | | Exempt | | | | |
| 136. Wachovia Certificate of Deposit (     | B | Interest | | | Exempt | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MARTIN, BEVERLY B. | 6/19/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Goldman Sachs Bank Certificate of Deposit ▬ | A | Interest | | | Exempt | | | | |
| 138. Bank of America Certificate of Deposit ▬ | A | Interest | | | Exempt | | | | |
| 139. RBC Certificate of Deposit (▬IRA) | C | Interest | | | Exempt | | | | |
| 140. MCF Corp (▬ IRA) | | None | | | Exempt | | | | |
| 141. Buckhead Community Bank Certificate of Deposit (▬ ret.) | D | Interest | | | Exempt | | | | |
| 142. JP Morgan Equity Index Fund (▬) | | None | K | T | Exempt | | | | |
| 143. Buckhead Community Bank ▬ retirement) | | None | M | T | Exempt | | | | |
| 144. Appalachian Community Bank (▬ IRA) | | None | M | T | Exempt | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part IIIA   Non-Inestement INcome - Non-Investment Income was received during the reporting period as U.S. Government salary for services as a U.S. District Judge.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544